UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MINDY BROWN, as Personal
Representative of the Estate of
AARON BROWN, deceased;
LARRY MCCABE, as Personal
Representative of the Estate of
DARCI MCCABE BROWN,
deceased; and RICKY CHILDERS,
as Personal Representative of the
Estate of DAVID CHILDERS, deceased,

        Plaintiffs,

v.                                                     Case No. 8:05-cv-2283-T-24TGW

LINCOLN GENERAL INSURANCE
COMPANY and ZURICH NORTH
AMERICA,

        Defendants.
_____/

## **ORDER**

        This cause comes before the Court on its own.  The Clerk is directed to terminate John W. Allen as counsel for Plaintiff Mindy Brown on the docket sheet.  If John W. Allen wishes to represent Plaintiff Mindy Brown in this matter, he must file a motion to appear *pro hac vice*, submit the Special Attorney Certification form, and pay the $10.00 special admission fee.  The Court directs John W. Allen's attention to Local Rule 2.02 which pertains to non-resident attorneys appearing *pro hac vice.*

        On Monday July 12, 2004, the United States District Court for the Middle District of Florida converted to a mandatory paperless electronic filing system: CM/ECF.  Once John W. Allen is admitted *pro hac vice* he will need to participate in electronic filing, and as such, he will

need to register for CM/ECF and obtain a password.  John W. Allen can obtain a password from the Court by going to the Court's website, located at www.flmd.uscourts.gov, and clicking on CM/ECF.  Once John W. Allen has registered for CM/ECF, he must also register his email address so that he can receive copies of all Court filings.[1]

      **DONE AND ORDERED** at Tampa, Florida, this 12th day of January, 2006.

                                                      SUSAN C. BUCKLEW
                                                      United States District Judge

Copies to:
Counsel of Record

---

[1] Counsel can register their email address by logging into CM/ECF, clicking on the "Utilities" tab on the top of the screen, then clicking on the "Maintain Your Account" link, then clicking on the "Email information" tab, and then entering the email address in the space provided.