UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MINDY BROWN, as Personal
Representative of the Estate of
AARON BROWN, deceased;
LARRY MCCABE, as Personal
Representative of the Estate of
DARCI MCCABE BROWN,
deceased; and RICKY CHILDERS,
as Personal Representative of the
Estate of DAVID CHILDERS, deceased,

      Plaintiffs,

v.                                                       Case No. 8:05-cv-2283-T-24TGW

LINCOLN GENERAL INSURANCE
COMPANY and ZURICH NORTH
AMERICA,

      Defendants.
_____/

**O R D E R**

This cause comes before the Court on Defendant and Third Party Plaintiff, American Guarantee & Liability Insurance Company's[1] ("American Guarantee") Amended Agreed Motion to Transfer Venue (Doc. No. 14). Pursuant to 28 U.S.C. § 1404, Defendant American Guarantee moves the Court to transfer this case to the Southern District of Florida. Defendant American Guarantee represents that Plaintiffs and Defendant Lincoln General Insurance Company do not oppose this motion.

Having considered the motion, it is **ORDERED AND ADJUDGED** that:

---

[1] American Guarantee & Liability Insurance Company was improperly named as Zurich North America (Doc. Nos. 6 and 10).

(1) This case is hereby **TRANSFERRED** to the Southern District of Florida for all further proceedings pursuant to 28 U.S.C. § 1404.

(2) The Clerk is directed to **CLOSE** Case No.8:05-cv-2283-T-24TGW and **TERMINATE** any pending motions.

**DONE AND ORDERED** at Tampa, Florida, this 15th day of February, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record